# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KINFORD, ) | 3:11-CV-00701-RCJ-WGC |
| Plaintiff, ) | **MINUTES ORDER** |
| vs. ) | January 18, 2012 |
| ROBERT BANNISTER, *et al.*, ) | |
| Defendants. ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     JENNIFER COTTER     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Clarification" (Doc. #13) wherein plaintiff apparently seeks an explanation why a certain individual was not in attendance at the mediation.  Because mediations are confidential, matters attendant to settlement conferences are not appropriate for judicial filings.  As such, no response to plaintiff's motion will be required. Plaintiff is encouraged to contact Deputy Attorney General Jeffrey Hoppe to discuss the issue he raises with Mr. Hoppe.

Plaintiff's Motion (Doc. #13) is therefore **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
    Deputy Clerk