EDWARD J. LEMONS, Bar No. 699
ALICE CAMPOS MERCADO, Bar No. 4555
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, Nevada 89519
t: 775/786-6868 F: 775/786-9716
ejl@lge.net, acm@lge.net

*Attorneys for Defendant*
*Philip Schlager, M.D.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

STEVEN KINFORD,

    Plaintiff,

vs.

ROBERT BANNISTER, MARSHA JOHNS, M.D., DAVID MARR, PHILIP SCHLAGER, M.D.,

    Defendants.

Case No.  3:11-cv-00701-RCJ-WGC

**STIPULATION FOR DISMISSAL OF PHILIP SCHLAGER, M.D., WITH PREJUDICE AND ORDER THEREON**

    IT IS HEREBY STIPULATED by and among plaintiff, Steven Kinford, appearing *pro se*; and defendants, Robert Bannister, M.D., Marsha Johns, M.D., David Mar, M.D., and Philip Schlager, M.D., through their respective counsel of record, that the above-entitled action may be dismissed as to Dr. Schlager, with prejudice, the parties to bear their respective costs and attorneys fees.

    IT IS FURTHER STIPULATED that dismissal of Dr. Schlager from this action renders moot Dr. Schalger's Motion to Compel (#48) and his Motion for Summary Judgment (#52), both of which may be denied as moot upon entry of Dr. Schlager's dismissal from this action.

DATED: 11-5-12, 2012

_____
STEVEN KINFORD, Plaintiff *pro se*

DATED: Nov. 20, 2012

_____
ALICE CAMPOS MERCADO
LEMONS, GRUNDY & EISENBERG

Attorneys for Philip Schlager, M.D.

LEMONS, GRUNDY & EISENBERG
6005 Plumas Street
Third Floor
Reno, Nevada 89519
(775) 786-6868
Fax (775) 786-9716

Stipulation for Dismissal of Dr. Schlager
with Prejudice and Order Thereon

DATED: Nov 20, 2012

_____
CATHERINE CORTEZ MASTO
Attorney General of Nevada
NATHAN L. HASTINGS (Bar No. 11593)
Deputy Attorney General

Attorneys for Robert Bannister, M.D.,
David Mar, and Marsha Johns, M.D.

## ORDER

IT IS HEREBY ORDERED that the above-entitled matter may be dismissed with prejudice as to defendant Philip Schlager, M.D., the parties to bear their respective costs and attorneys' fees.

IT IS FURTHERED ORDERED that the Motion to Compel (#48) and the Motion for Summary Judgment (#52), both filed on behalf of Philip Schlager, M.D., are denied as moot.

DATED: 11-27-2012

_____
HON. ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

LEMONS, GRUNDY
& EISENBERG
6005 Plumas Street
Third Floor
Reno, Nevada 89519
(775) 786-6868
Fax (775) 786-9716

Stipulation for Dismissal of Dr. Schlager
with Prejudice and Order Thereon                -2-