1  EDWARD J. LEMONS, Bar No. 699
   ALICE CAMPOS MERCADO, Bar No. 4555
2  LEMONS, GRUNDY & EISENBERG
   6005 Plumas Street, Third Floor
3  Reno, Nevada 89519
   t: 775/786-6868 F: 775/786-9716
4  ejl@lge.net, acm@lge.net

5  *Attorneys for Defendant*
   *Philip Schlager, M.D.*

6

                    **UNITED STATES DISTRICT COURT**
7
                        **DISTRICT OF NEVADA**
8
                                             *****
9  STEVEN KINFORD,

10           Plaintiff,                    **Case No.  3:11-cv-00701-RCJ-WGC**

11  vs.
                                           **STIPULATION FOR DISMISSAL OF**
12  ROBERT BANNISTER, MARSHA JOHNS,        **PHILIP SCHLAGER, M.D., WITH**
    M.D., DAVID MARR, PHILIP SCHLAGER,     **PREJUDICE AND ORDER THEREON**
13  M.D.,

14           Defendants.

15

16        IT IS HEREBY STIPULATED by and among plaintiff, Steven Kinford, appearing *pro se*; and

17  defendants, Robert Bannister, M.D., Marsha Johns, M.D., David Mar, M.D., and Philip Schlager, M.D.,

18  through their respective counsel of record, that the above-entitled action may be dismissed as to Dr.

19  Schlager, with prejudice, the parties to bear their respective costs and attorneys fees.

20        IT IS FURTHER STIPULATED that dismissal of Dr. Schlager from this action renders moot

21  Dr. Schalger's Motion to Compel (#48) and his Motion for Summary Judgment (#52), both of which

22  may be denied as moot upon entry of Dr. Schlager's dismissal from this action.

23  DATED: 11-5-12                , 2012      DATED: Nov. 20              , 2012

24

25  _____             _____
    STEVEN KINFORD, Plaintiff *pro se*       ALICE CAMPOS MERCADO
26                                           LEMONS, GRUNDY & EISENBERG

27                                           Attorneys for Philip Schlager, M.D.

28

LEMONS, GRUNDY
& EISENBERG
6005 Plumas Street
Third Floor
Reno, Nevada 89519
(775) 786-6868
Fax (775) 786-9716

Stipulation for Dismissal of Dr. Schlager
with Prejudice and Order Thereon

DATED: _____*Nov 20*_____, 2012

_____

CATHERINE CORTEZ MASTO
Attorney General of Nevada
NATHAN L. HASTINGS (Bar No. 11593)
Deputy Attorney General

Attorneys for Robert Bannister, M.D.,
David Mar, and Marsha Johns, M.D.

## **O R D E R**

IT IS HEREBY ORDERED that the above-entitled matter may be dismissed with prejudice as to defendant Philip Schlager, M.D., the parties to bear their respective costs and attorneys' fees.

IT IS FURTHERED ORDERED that the Motion to Compel (#48) and the Motion for Summary Judgment (#52), both filed on behalf of Philip Schlager, M.D., are denied as moot.

DATED:  11-27-2012

_____

HON. ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

LEMONS, GRUNDY
& EISENBERG
6005 Plumas Street
Third Floor
Reno, Nevada 89519
(775) 786-6868
Fax (775) 786-9716

Stipulation for Dismissal of Dr. Schlager
with Prejudice and Order Thereon

-2-