**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN KINFORD, ) ) Plaintiff, ) ) vs. ) ROBERT BANNISTER et. al., ) ) Defendants. ) | 3:11-cv-00701-RCJ-WGC<br><br>**ORDER** |

This is a prisoner civil rights action pursuant to 42 U.S.C. § 1983. The claims arise out of facial surgery performed by doctors under contract with the Nevada Department of Corrections ("NDOC") or specially hired by NDOC for Plaintiff's procedure. On January 25, 2013, the Court dismissed the case with prejudice by stipulation against the only three Defendants remaining. Plaintiff asks the Court to reconsider because he did not mean to dismiss as against Dr. Pincock. But Dr. Pincock has never been a defendant and leave was never granted to join him before dismissal.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion for Reconsideration (ECF No. 91) is DENIED.

IT IS SO ORDERED.

Dated this 4th day of March, 2013.

_____
ROBERT C. JONES
United States District Judge